IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02066-LTB-MJW

KEYONIA EDWARDS,

    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

    Defendant.

---

## ORDER GRANTING MOTION FOR PLAINTIFF'S COUNSEL TO APPEAR AT FED.R.CIV.P. 16(b) SCHEDULING CONFERENCE BY TELEPHONE
( Docket No. 6 )

---

THE COURT having reviewed the Unopposed Motion for Plaintiff's Counsel to Appear at the Fed.R.Civ.P. 16(b) Scheduling Conference By Telephone and being fully advised in the premises, DOES HEREBY ORDER that the Motion is GRANTED and counsel for Plaintiff is allowed to appear by telephone at the Fed.R.Civ.P. 16(b) Scheduling Conference set for December 16, 2008 in the above-captioned civil action. The Plaintiff shall initiate a call to the Court at the number: (303) 844-2403.

BY THE COURT:

December 11, 2008
DATE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE