IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV02066-LTB-MJW

KEYONIA EDWARDS,

    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY DURING SETTLEMENT CONFERENCE ( Docket No 1

The Court, having reviewed Defendant's Motion for Leave to Appear Telephonically During Settlement Conference, the file, and being fully advised in its premises, hereby enters the following ORDER:

Defendant's Motion is GRANTED. Defendant's representative with full settlement authority may appear telephonically for the Settlement Conference scheduled for February 9, 2009 at 1:30 p.m. Defendant is instructed to make arrangements with the Court's clerk to appear telephonically.

SO ORDERED this 22nd day of January, 2009.

/s/ Michael J. Watanabe
Hon. Michael J. Watanabe
U.S. Magistrate Judge
U.S. District Court for the District of Colorado

1